

# Minutes
## Board of County Commissioners Regular Meeting
### Tuesday, April 22, 2025 at 4:00 PM
### Pender County Public Assembly Room
### 805 S. Walker Street, Burgaw, NC

**PRESENT:**
Commissioner Brad George
Commissioner Jerry Groves
Chairman Randy Burton
Vice Chair Brent Springer
Commissioner Jimmy T. Tate

**ABSENT:**

**OTHER PRESENT:**
Michael Silverman, County Manager
Trey Thurman, County Attorney
Lexi Stanfield, Clerk to the Board
Allen Vann, Assistant County Manager
Other Staff and Members of the Press and Public

---

1. CALL TO ORDER

   Chairman Burton called the meeting to order at 4:00PM.

2. INVOCATION

   Commissioner Tate gave the invocation.

3. PLEDGE OF ALLEGIANCE

   Vice Chair Springer led the Pledge of Allegiance.

4. ADOPTION OF AGENDA

   Commissioner Tate requested items 8.1, 8.6, and 8.10 be pulled from the consent agenda and reviewed under Approvals and Resolutions.

   Vice Chair Springer made a motion to adopt the agenda with items 8.1, 8.6, and 8.10 under Approvals and Resolutions.
   Commissioner Tate seconded the motion.
   The motion carried unanimously.

5. PUBLIC HEARING


6. PUBLIC INFORMATION


   6.1    Update on the Imagine Pender 2050 Comprehensive            Daniel Adams        5-14
          Land Use Plan
   Daniel Adams, Planning Director, presented the item. Daniel reviewed staff and steering committee tasks and public engagement opportunities held so far. There is an upcoming public

engagement event on April 28th with more to follow in Hampstead, Burgaw, Penderlea, Currie, and Rocky Point. An online survey is available. Adams reviewed the framework of the plan, including its vision, goals, policies, and actions. Adams answered questions from the Board.

| | | | |
|---|---|---|---|
| 6.2 | 2025 Employee Survey Results | Kimberly Wickline-Bennett | 15-27 |

Kimberly Wickline-Bennet, Deputy HR Director, presented the item. Bennet reviewed the questions asked and the responses from a survey conducted in January 2025. Bennet reviewed in more depth the areas where Pender County staff were most concerned and most appreciative of. The Board asked questions.

7.  PUBLIC COMMENT

Kenneth Ramsey: Pender-Topsail Pender Post and Voice
Rochelle Whiteside: Pender-Topsail Post and Voice
Charlie Schumaker: Union Rescue
Diane Giddeons: Union Rescue


8.  CONSENT AGENDA


| | | | |
|---|---|---|---|
| 8.1 | Approval of Closed Session Minutes from the Years 2003, 2004, 2005, and 2006 | Lexi Stanfield | 28 |

Lexi Stanfield, Clerk to the Board, reported she has no records of the closed session minutes being approved from the year 1995 to present. She asked the Board to approve the minutes as a housecleaning item, to certify the Board's minutes had been officially adopted. Stanfield answered questions from the Board.

Commissioner Tate made a motion to approve the item.
Vice Chair Springer seconded the motion.
The motion carried unanimously.


| | | | |
|---|---|---|---|
| 8.2 | Resolution Approving the Reactivation of the Parks Foundation Board of Directors | Lexi Stanfield | 29-30 |
| 8.3 | Resolution Approving the Reactivation of the Pender Housing Initiative | Lexi Stanfield | 31-32 |
| 8.4 | Approval of Resolution Reactivating the Priority One Workforce Committee | Lexi Stanfield | 33-34 |
| 8.5 | Approval and release of $500.00 donation from Civics Federal Credit Union for Employee Appreciation events. | Pam Brame | 35-37 |

EXHIBIT E

| 8.6 | Approval of budget ordinance amendment in the amount of $15020.20 to recognize insurance reimbursement funds received for repairs to an inspection department vehicle involved in a non-at-fault accident | Ivan Blume | 38-39 |

Ivan Blume, Permitting Director, presented the item. Blume reported the budget ordinance amendment was to accept the amount of money received from insurance for a car wreck. The wreck was not the fault of the county employee. The funds will go towards repairs on the vehicle.

Vice Chair SPringer made a motion to approve the item.
Commissioner Tate seconded the motion.
The motion carried unanimously.

| 8.7 | Approval of a Budget Ordinance Amendment to Increase Holly Shelter Shooting Range Revenue and Expenditures by $1,887.00 | Zach White | 40-41 |

| 8.8 | Approval of budget ordinance amendment in the amount of $11,100 for Holly Shelter Shooting Range Concession Revenue | Zach White | 42-43 |

| 8.9 | Approval to increase Purchase Order #108 by an additional $15,000 for the purchase of chlorine and phosphate chemicals from Amerochem Corporation. | Brian Terry | 44 |

| 8.10 | Approval Request to increase Purchase Order #34 by an additional $10,000 for uniforms from UniFirst Uniform Rental. | Brian Terry | 45 |

Brian Terry, Utilities Supervisor, presented the item. Terry reported the increase in the purchase order was made with funds already allocated in the budget. The monies will purchase uniforms for twenty-four employees.

Vice Chair Springer made a motion to table the item to the May 5th meeting.
Commissioner Tate seconded the motion.
The motion carried unanimously.

| 8.11 | Requesting approval of the Budget Amendment to budget the lottery funds received and expense to pay the Board of Education in the amount of $155,000.00. | Margaret Blue | 46-47 |

| 8.12 | Approval to declare the intent to list surplus properties obtained in a tax foreclosure sale. | Margaret Blue | 48-50 |

| 8.13 | Approval of Budget Amendment to reallocate project funding for the Law Enforcement Center Project to appropriate lines to complete the remainder of the | Margaret Blue | 51-53 |

EXHIBIT E

project.

| | | |
|---|---|---|
| 8.14 | Refund/Release Requests for items meeting NC G.S. 105-381 | Jessica Hudson 54-55 |

9.  APPROVALS AND RESOLUTIONS

9.1  Approval to accept $4,239.00 grant from the NRA and approval of Budget Ordinance Amendment — Zach White — 56-61

Zach White, Parks and Recreation Director, presented the item. White reported the grant was from the National Riffle Association and is for the Holly Shelter Shooting Range. The Board offered words of support and appreciation.

Vice Chair Springer made a motion to approve.
Commissioner Tate seconded the motion.
The motion carried unanimously.

9.2  Approval of Budget Ordinance Amendment and payment to Lower Cape Fear Water and Sewer Authority for the 54" line project — James Proctor — 62-64

James Proctor, Deputy Director for Utilities, presented the item. Proctor reported this budget ordinance amendment was for their second payment to the Lower Cape Fear Water and Sewer Authority for the building of 54" line project.

Commissioner Tate made a motion to approve.
Vice Chair Springer seconded the motion.
The motion carried unanimously.

9.3  3 year Contract approval for $330,000 for Year 1 from May 1st, 2025 to June 31, 2026 and Purchase Order Approval for the remainder of the 24/25 FY in the amount of $50,000 for appraisal services with Vincent Valuations, LLC. — Michael Silverman — 65-84

Michael Silverman, County Manager, presented the item. Silverman presented two contracts to the board with Vincent Valuations. The first contract was for one year and the second was for three years. Additionally, Silverman requested the Board approve a purchase order in the amount of $50,000.00 to cover the remainder of the fiscal year 24-25 contract. The $50,000.00 would come from unused salaries. The Board discussed contracting out the services versus hiring appraisers. Staff from Vincent Valuations and Silverman spoke about the difficulty in hiring appraisers in today's time.

Commissioner George made a motion to approve a one-year contract and the purchase order for $50,000.00.
The motion did not receive a second and failed.

The Board returned to the item at the end of the meeting.
Commissioner George made a motion to approve a one-year contract and the purchase order for $50,000.00.

EXHIBIT E

Vice Chair Springer seconded the motion.
The motion carried unanimously.


| 9.4 | Approval of purchase order for new detention center radio system in the amount of $128,388.18 | Sarah Fulton | 85-90 |

Sarah Fulton, Assistant to the County Manager, presented the item. Fulton reported this item is budgeted for and is a state contract. The radios will be used in the new 911 center. The current radios do not allow communications among other radios, leading to longer lead times.

Commissioner Tate made a motion to approve.
Vice Chair Springer seconded the motion.
The motion carried unanimously.

| 9.5 | Approval of Purchase Order for E911 radio consoles and installation for the new Law Enforcement Center in the amount of $644,262.25 | Sarah Fulton | 91-98 |

Sarah Fulton, Assistant to the County Manager, presented the item. Fulton reported this item is budgeted for and is a state contract. The radio consoles will be used in the new 911 center. There are ten seats total for the radio consoles to allow for growth in staffing in the 911 center as the population grows.

Commissioner Tate made a motion to approve.
Vice Chair Springer seconded the motion.
The motion carried unanimously.

| 9.6 | Update on the EMS and Fire Merger Plan | Sarah Fulton, Michael Silverman | 99 |

Sarah Fulton, Assistant to the County Manager, presented the item. Fulton reviewed the planning cycle, steps taken, and timeline of events. Fulton reported that staff were currently analyzing the data including HR aspects, finances, facilities and fleet, ITS, Emergency Management, training, and more. Fulton answered questions from the Board. No action was taken on this item.

| 9.7 | Legal Advertisements | Andre Hogan | 100 |

Andre Hogan, Staff Attorney, and Meg Blue, Finance Director, presented the item together. Hogan gave a brief overview of the items advertised in the paper by the county, differentiating was is legally required and what is not. Hogan reviewed statutes and relevant case laws. Blue reviewed the costs and departments utilizing the paper. Trey Thurman, County Attorney, and Hogan provided legal answers to the Board questions. Commissioner Tate vocalized that the Clerk of Court did not approve the change in the newspaper.

Commissioner Groves made a motion to switch legal advertisements to the Wilmington Star News.
Vice Chair Springer seconded the motion.
Commissioner Groves voted in favor of the motion.
Vice Chair Springer voted in favor of the motion.
Chair Burton voted in favor of the motion.
Commissioner voted in opposition of the motion.
Commissioner Tate voted in opposition of the motion.

EXHIBIT E

The motion carried 3-2.

| | | | |
|---|---|---|---|
| 9.8 | Approval of Budget Ordinance Amendment to Reallocate $91,220.87 from Closed-out Projects to the Hampstead Kiwanis Park Phase 4 Project. | Dario Ramirez-Duenas | 101-102 |

Dario Duenas-Ramirez, Project Manager, presented the item. Ramirez reported the budget ordinance amendment was to reallocate $91,220.87 from two closed projects to the Hampstead Kiwanis Park project.

Commissioner Groves made a motion for approval.
Vice Chair Springer seconded the motion.
The motion carried unanimously.

| | | | |
|---|---|---|---|
| 9.9 | Authority to Execute Contract Amendment with Bobbitt Construction for the Health and Human Services Facility for Tree Removal and Replacement in the amount of $44,961. | Dario Ramirez-Duenas | 103-109 |

Dario Duenas-Ramirez, Project Manager, presented the item. This item was originally presented at the April 7th meeting and was tabled until Ramirez could speak with the Town of Burgaw about which trees could be planted in place. The Town of Burgaw reported back that any tree can be planted.

Vice Chair Springer made a motion for approval.
Commissioner Groves seconded the motion.
The motion carried unanimously.

| | | | |
|---|---|---|---|
| 9.10 | Resolution Supporting a Moratorium to Freeze Employment of County Employees and Spending | Jimmy T. Tate | 110-112 |

Commissioner Tate presented the item. Tate vocalized his concern about County spending and asked that all non-essential employment positions, new positions not currently advertised, and other non-essential spending be frozen. The Board discussed spending in the County. Tate requested the Board be presented with an inept analysis of current spending.

Commissioner Tate made a motion to approve the item.
Vice Chair Springer seconded the motion.
Commissioner Tate voted in favor.
Commissioner George voted in favor.
Vice Chair Springer voted in favor.
Chair Burton voted in favor.
Commissioner Groves voted in opposition.

| | | | |
|---|---|---|---|
| 9.11 | Approval of Union Rescue as a Subcontractor for Pender County | Jimmy T. Tate | 13 |

Commissioner Tate requested the Board approve Union Rescue as a subcontract for paramedic services for Pender County pending a contract can be agreed upon and presented to the Board. The contract would need to meet all state, county, and medical director requirements.

Commissioner Tate made a motion to approve the item.
Vice Chair Springer seconded the motion.
The motion carried unanimously.

## 10. DISCUSSION

| 10.1 | County Policy for Allowing County Employees to Drive County-Owned Vehicles to and from assigned office or place of work and Department Head Residencies | Jimmy T. Tate | 114 |

The Board discussed County the policy that allows county employees to drive cars home. The discussion did not include the Sheriff's Office fleet. Concerns with staff working in Pender County but living outside the county and driving vehicles home were discussed. The Board vocalized they were not telling staff where to live, but stated driving outside the county every day puts wear on the vehicles, causing them to be replaced faster.

## 11. APPOINTMENTS

| 11.1 | Appointment to the Trillium Health Resource Board | Lexi Stanfield | 115-125 |

Lexi Stanfield, Clerk to the Board presented the two applicants for the Trillium Health Resource Board. Stanfield stated in the past the DSS director has served on the board in place of a commissioner and, since the leaving of former director Wes Stewart, the position has been vacant on the Board. The Board voted to appoint both applicants to the Trillium Health Resource board. Roxanne Devane rescinded her application, however, to another board.

Commissioner Groves made a motion to appoint Mrs. Green.
Vice Chair Springer seconded the motion.
The motion carried unanimously.

| 11.2 | Appointments to the Tourism Development Authority | Lexi Stanfield | 126-139 |

Lexi Stanfield, Clerk to the Board, presented the item to the Board. Stanfield clarified there was a technical error and one applicant had already been appointed, so the Board only needed to review Mr. Bielec's application. The position available is the collector position, which requires the applicants to collect occupancy tax in the county.

Commissioner Groves made a motion to appoint.
Commissioner Tate seconded the motion.
The motion carried unanimously.

| 11.3 | Appointments to the Pender Housing Initiative | Lexi Stanfield | 140-149 |

Lexi Stanfield, Clerk to the Board, presented the two applicants. Sarah Fulton applied to the PHI Board as a County Employee and JaQuasia Murray applied as a private sector member. Stanfield reviewed both applicants' resumes and recommended both for appointment to the Board. The Commissioners deliberated among themselves.

Vice Chair Springer made a motion to appoint both applicants.
Commissioner George seconded the motion.
The motion carried unanimously.

| 11.4 | Appointment to the Lower Cape Fear Water and Sewer Authority | Lexi Stanfield | 150-156 |

Lexi Stanfield, Clerk to the Board, presented the item. Stanfield reviewed the current citizen's status of the Lower Cape Fear Water and Sewer Authority, Mr. Norwood Blanchard. Stanfield

EXHIBIT E

explained Mr. Blanchard continued to serve as the Board bypass of rule 32, section C, as he has served more than three terms or ten years per the Rules of Procedure. While Mr. Blanchard served; the County continued to advertise the position until a new candidate applied. Stanfield reviewed the applicant and answered questions from the Board. Commissioner Groves vocalized his support for Mr. Blanchard serves on the Board and noted what an asset he has been.

Vice Chair Springer made a motion to appoint Mr. Buchanan.
Commissioner Tate seconded the motion.
Commissioner Tate voted in favor of the motion.
Commissioner George voted in favor of the motion.
Vice Chair Springer voted in favor of the motion.
Chair Burton voted in favor of the motion.
Commissioner Groves voted in opposition of the motion.

| 11.5 | Appointment to the Cape Fear Community College Board of Trustees | Lexi Stanfield | 157-164 |

Lexi Stanfield, Clerk to the Board, presented the item. Stanfield reported to the Board that Cape Fear Community College personally reached out and requested Mr. Guy Zander was reappointed to the Board of Trustees for the Community College. Zander is eligible for reappointment. The Board did not discuss the item.

Commissioner Tate made a motion to appoint.
Commissioner George seconded the motion.
The motion carried unanimously.

| 11.6 | Commissioner Appointment to Boards, Commissions, and Committees | Lexi Stanfield | 165 |

Lexi Stanfield, Clerk to the Board, presented the item. Stanfield requested the Board consider appointing Commissioner Tate to the Priority One Workforce, Animal Shelter Advisory Committee, Wallace Airport Board, and Pender Housing Initiative.

Commissioner George made a motion to appoint.
Vice Chair Springer seconded the motion.
The motion carried unanimously.

12. MAPLE HILL WATER AND SEWER DISTRICT


13. ROCKY POINT WATER AND SEWER DISTRICT


14. SCOTTS HILL WATER AND SEWER DISTRICT


15. MOORE'S CREEK WATER AND SEWER DISTRICT

EXHIBIT E

16. CENTRAL PENDER WATER AND SEWER DISTRICT


17. PENDER COUNTY BOARD OF HEALTH


18. SOCIAL SERVICES BOARD


19. ITEMS FROM COUNTY ATTORNEY, COUNTY MANAGER,
    ASSISTANT COUNTY MANAGER, & COUNTY COMMISSIONERS

    Michael Silverman, County Manager, requested the Board revisit item 9.3.

    Trey Thurman, County Attorney, requested the Board go into closed session for item (3)
    Attorney Client Privilege, (4) Economic Development, (5) Acquisition of Real Property, and item
    (6) Personnel.

    Andre Hogan, Staff Attorney, added two Attorney Client Privilege items to the closed session
    agenda.

    Commissioner Groves discussed the Lower Cape Fear Water and Sewer Authority.

    Vice Chair Springer spoke about the child who was involved in the hit-and-run.

20. CLOSED SESSION (IF APPLICABLE)

    Commissioner Tate made a motion to go into closed session for item (3) Attorney Client
    Privilege, (4) Economic Development, (5) Acquisition of Real Property, and item (6) Personnel
    after the 7PM Public Hearing.
    Vice Chair Springer seconded the motion.
    The motion carried unanimously.

    Commissioner Tate made a motion to resume open session.
    Vice Chair Springer seconded the motion.
    The motion carried unanimously.

    Commissioner Tate made a motion to terminate Michael Silverman's contract as County
    Manager.
    Vice Chair Springer seconded the motion.
    Commissioner Tate voted in favor of the motion.
    Vice Chair Springer voted in favor of the motion.
    Commissioner George voted in favor of the motion.
    Commissioner Groves voted in opposition to the motion.
    Chair Burton voted in opposition to the motion.
    The motion carried by a 3-2 vote.

21. 7PM PUBLIC HEARINGS: SPECIAL USE PERMITS/ZONING MAP
    AMENDMENTS/RESOLUTIONS

EXHIBIT E

| 21.1 | Petition to Name Roads | Michael Dickson | 166-168 |

Mike Dickson, GIS, presented the item. Dickson requested the Board approve the renaming of two roads of a new subdivision. No members of the public spoke in opposition or approval. The Board had no questions.

Vice Chair Springer made a motion for approval.
Commissioner Tate seconded the motion.
The motion carried unanimously.

| 21.2 | REZONE 2025-83: Request to rezone approximately 30.93 acres from the Rural Agricultural zoning district to a conditional zoning district to allow for new hangars to be installed at the existing Stag Air Park facility in the Burgaw Township | Daniel Adams | 169-219 |

Daniel Adams, Planning Director, presented the item. This was a request for a conditional rezoning of 30.93 acres for Stag Airport. Originally, the property was operating under a special use permit, but that is no longer permitted, so a conditional rezone must be requested. Staff and the Planning Board both recommended approval. Adams answered questions for the Board.

Vice Chair Springer made a motion for approval.
Commissioner Tate seconded the motion.
The motion carried unanimously.

| 21.3 | REZONE 2024-82: Request to rezone the Hawthorne at Hampstead development to add 84 apartment units and unify adjacent developments under one zoning district in the Topsail Township | Daniel Adams | 220-277 |

Daniel Adams, Planning Director, asked on behalf of the applicant for this item to be tabled until the May 19th meeting.

Vice Chair Sprigner made a motion to table.
Commissioner George seconded the motion.
The motion carried unanimously.

22. ADJOURNMENT

Vice Chair Springer made a motion to adjourn the meeting.
Commissioner George seconded the motion.
The motion carried unanimously.

[MIN_SIGNATURES]

EXHIBIT E