IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 7:25-cv-01277-FL

| | |
|---|---|
| POST VOICE LLC, d/b/a The Pender-Topsail Post & Voice; JAMES A. PETTIGREW; and KATIE H. PETTIGREW, <br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>PENDER COUNTY, NORTH CAROLINA; WILLIAM RANDY BURTON, in his individual capacity and official capacity as CHAIRMAN OF THE PENDER COUNTY BOARD OF COMMISSIONERS; BRENT AARON SPRINGER, in his individual capacity and official capacity as VICE-CHAIRMAN OF THE PENDER COUNTY BOARD OF COMMISSIONERS; and JERRY DAVID GROVES, in his individual capacity and official capacity as MEMBER OF THE PENDER COUNTY BOARD OF COMMISSIONERS,<br><br>　　　　　　Defendants. | **INDIVIDUAL DEFENDANTS' PARTIAL MOTION TO DISMISS**<br>Fed. R. Civ. P. 12(b)(6) |

　　　　NOW COME Defendants William Randy Burton, Brent Aaron Springer, and Jerry David Groves, in their individual and official capacities ("Individual Defendants"), by and through counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and respectfully move the Court to dismiss Plaintiff's claims against Individual Defendants. In support of this Motion, Individual Defendants show unto the Court the following:

1. The acts alleged to have been undertaken by Individual Defendants were in the sphere of legislative activity, and as such, the Individual Defendants are entitled absolute legislative immunity from personal liability, and accordingly, Plaintiffs' claims against them for violations of the First Amendment of the U.S. Constitution brought pursuant to 42 U.S.C. § 1983 are barred.

2. Alternatively, the Individual Defendants were acting in a discretionary, executive role and did not violate clearly established law, and as such, they are entitled to qualified immunity in their individual capacities, and accordingly, Plaintiffs' claims against them for violations of the First Amendment of the U.S. Constitution brought pursuant to 42 U.S.C. § 1983 are barred.

3. Plaintiffs' claims for violations of rights under the North Carolina Constitution cannot be brought against the Individual Defendants in their individual capacities and should therefore be dismissed.

4. Plaintiffs' claims against Individual Defendants in their official capacities are duplicative of their claims against Pender County and therefore should be dismissed.

In support of their partial motion to dismiss, Individual Defendants respectfully submit a memorandum to be filed contemporaneously with this motion.

Respectfully submitted this 10th day of October, 2025.

**HARTZOG LAW GROUP LLP**

*/s/ Katherine Barber-Jones*
DAN M. HARTZOG, JR.
N.C. State Bar No. 35330
E-mail: dhartzogjr@hartzoglawgroup.com

KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
2626 Glenwood Avenue, Suite 305
Raleigh, NC  27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I electronically filed the foregoing ***Partial Motion to Dismiss*** with the Clerk of Court using the CM/ECF system, which will effect service on all registered users.

Michael J. Tadych
mike@smvt.com

Ashley N. Fox
ashley@smvt.com

Abraham Rubert-Schewel
schewel@tinfulton.com

Zachary Ezor
zezor@tinfulton.com

This the 10th day of October, 2025.

**HARTZOG LAW GROUP LLP**

*/s/ Katherine Barber-Jones*
DAN M. HARTZOG, JR.
N.C. State Bar No. 35330
E-mail: dhartzogjr@hartzoglawgroup.com
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendants*