From: Jerry Groves
To: Michael C. Silverman; W. Randy Burton; BOCC; Trey Thurman; Andre Hogan
Cc: Lexi Stanfield
Subject: Re: [External]Newspaper information
Date: Monday, March 24, 2025 10:15:47 AM

At any cost we will use the Star News ,

Get Outlook for iOS

---

**From:** Michael C. Silverman <msilverman@pendercountync.gov>
**Sent:** Monday, March 24, 2025 10:02:10 AM
**To:** W. Randy Burton <wburton@pendercountync.gov>; BOCC <bocc@pendercountync.gov>; Trey Thurman <tthurman@pendercountync.gov>; Andre Hogan <ahogan@pendercountync.gov>
**Cc:** Lexi Stanfield <lstanfield@pendercountync.gov>
**Subject:** RE: [External]Newspaper information

Chair and Commissioners:

I hope you're having a good morning. We spoke with Kristina Wilson, UNC School of Government Assistant Professor of Public Law and Government, this morning and she informed us that we are allowed to use the Star News for legal ads. Mr. Pettigrew is using a UNC School of Government publication that is over forty years old and predominantly cites case law that is not applicable to North Carolina. Please note, that utilizing the Star News will cost more than utilizing the Pender Post & Voice. At the February 20, 2024, BOCC Meeting there was a presentation on using a different newspaper to advertise county information. Attached is the Presentation. Slide 8 of the Presentation provides the annual cost differential between using Star News and Pender Post & Voice for publications. If you need any more information, please let me know.

Sincerely,

Michael Silverman

---

**From:** W. Randy Burton <wburton@pendercountync.gov>
**Sent:** Sunday, March 23, 2025 9:41 AM
**To:** BOCC <bocc@pendercountync.gov>; Michael C. Silverman <msilverman@pendercountync.gov>; Trey Thurman <tthurman@pendercountync.gov>; Andre Hogan <ahogan@pendercountync.gov>
**Subject:** Fw: [External]Newspaper information



**Randy Burton, BFS, CHSS**
Pender County Board of Commissioners

Case 7:25-cv-01277-FL    Document 34-4    Filed 11/29/25    Page 1 of 1