IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 7:25-cv-01277-FL

| | |
|---|---|
| POST VOICE LLC, d/b/a The Pender-Topsail Post & Voice; JAMES A. PETTIGREW; and KATIE H. PETTIGREW,<br><br>    Plaintiffs,<br><br>v.<br><br>PENDER COUNTY, NORTH CAROLINA; WILLIAM RANDY BURTON, in his official capacity as CHAIRMAN OF THE PENDER COUNTY BOARD OF COMMISSIONERS; BRENT AARON SPRINGER, in his official capacity as VICE-CHAIRMAN OF THE PENDER COUNTY BOARD OF COMMISSIONERS; and JERRY DAVID GROVES, in his individual capacity and official capacity as MEMBER OF THE PENDER COUNTY BOARD OF COMMISSIONERS,<br><br>    Defendants. | **DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br>Fed. R. Civ. P. 12(b)(6) |

Defendants Pender County, North Carolina (the "County"), William Randy Burton, in his official capacity as Chairman of the Pender County Board of Commissioners ("Chairman Burton"), Brent Aaron Springer, in his official capacity as Chairman of the Pender County Board of Commissioners ("Vice-Chairman Springer"), and Jerry David Groves, in his individual capacity and his official capacity as a member of the Pender County Board of Commissioners ("Commissioner Groves"), (collectively, "Defendants"),

by and through counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and respectfully move the Court to dismiss Plaintiff's Amended Complaint, in part.

In support of their Partial Motion to Dismiss Plaintiffs' Amended Complaint, Defendants respectfully submit a memorandum to be filed contemporaneously with this motion.

Respectfully submitted this 23rd day of December, 2025.

**HARTZOG LAW GROUP LLP**

*/s/ Katherine Barber-Jones*
DAN M. HARTZOG, JR.
N.C. State Bar No. 35330
E-mail: dhartzogjr@hartzoglawgroup.com
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, I electronically filed the foregoing *Partial Motion to Dismiss Plaintiffs' Amended Complaint* with the Clerk of Court using the CM/ECF system, which will serve all registered users.

Michael J. Tadych
mike@smvt.com

Ashley N. Fox
ashley@smvt.com

Abraham Rubert-Schewel
schewel@tinfulton.com

Zachary Ezor
zezor@tinfulton.com

This the 23rd day of December, 2025.

                                    **HARTZOG LAW GROUP LLP**

*/s/ Katherine Barber-Jones*
DAN M. HARTZOG, JR.
N.C. State Bar No. 35330
E-mail: dhartzogjr@hartzoglawgroup.com
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendants*