IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 7:25-CV-01277-FL

| | |
|---|---|
| POST VOICE, LLC, d/b/a The Pender-Topsail Post & Voice; JAMES A. PETTIGREW; and KATIE H. PETTIGREW,<br><br>    Plaintiffs,<br>v.<br><br>PENDER COUNTY, NORTH CAROLINA; WILLIAM RANDY BURTON, in his official capacity as CHAIRMAN OF THE PENDER COUNTY BOARD OF COMMISSIONERS; BRENT AARON SPRINGER, in his official capacity as VICE-CHAIRMAN OF THE PENDER COUNTY BOARD OF COMMISSIONERS; and JERRY DAVID GROVES, in his individual capacity and official capacity as MEMBER OF THE PENDER COUNTY BOARD OF COMMISSIONERS,<br><br>    Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

      Post Voice, LLC, James A. Pettigrew, and Katie H. Pettigrew ("Plaintiffs"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), voluntarily dismiss their *individual capacity claims* against Defendant Jerry David Groves, without prejudice. Plaintiffs do not dismiss their official capacity claims against Defendant Groves.

      Plaintiffs and Defendants stipulate to dismissal of these individual capacity claims and agree that each party shall bear their own costs and expenses, including attorney's fees.

      Stipulated and agreed to, this the 12th day of February, 2026.

**\*\*\* SIGNATURES APPEAR ON NEXT PAGE \*\*\***

1

| | |
|---|---|
| /s/ Zachary Ezor<br>Zachary Ezor (NCSB #:55070)<br>zezor@tinfulton.com<br>Abraham Rubert-Schewel (NCSB #: 56863)<br>schewel@tinfulton.com<br>TIN, FULTON, WALKER & OWEN, PLLC<br>119 Orange Street<br>Durham, NC  27701<br>Tel.:  919-307-8400<br>*Counsel for Plaintiffs* | /s/ Katherine Barber-Jones<br>Katherine Barber-Jones (NCSB #44197)<br>kbarber-jones@hartzoglawgroup.com<br>Dan M. Hartzog, Jr. (NCSB #: 35330)<br>dhartzogjr@hartzoglawgroup.com<br>HARTZOG LAW GROUP, LLP<br>2626 Glenwood Avenue, Suite 305<br>Raleigh, NC  27608<br>Tel.:  919-670-0338<br>*Counsel for Defendants* |

/s/ Michael J. Tadych
Michael J. Tadych (NCSB #:  24556)
mike@smvt.com
Ashley N. Fox (NCSB #: 57896)
ashley@smvt.com
STEVENS, MARTIN, VAUGHN & TADYCH, PLLC
2225 W. Millbrook Road
Raleigh, NC  27612
Tel.:  919-582-2300
*Counsel for Plaintiffs*